| | | |
|---|---|---|
| JEWEL CHAPLIN<br>6 Honeybee Court, Apt. F<br>Cockeysville, MD  21030 | * | IN THE |
| | * | CIRCUIT COURT |
| Plaintiff | * | FOR |
| v. | * | BALTIMORE CITY |
| ~~MV TRANSPORTATION, INC.~~<br>s/o: CSC-Lawyers Incorporating Service Co.<br>7 St. Paul Street, Suite 820<br>Baltimore, MD  21202 | * | ~~Case No:~~ |
| | * | |
| Defendant | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## COMPLAINT AND REQUEST FOR JURY TRIAL

Plaintiff, Jewel Chaplin by and through her attorneys, Stevan G. Simons and Simons & Goldner, P.A., hereby submits this Complaint against Defendant, MV Transportation, Inc., and for cause states that:

1. The Plaintiff, Jewel Chaplin, is and was at the time of the occurrence made subject of this Complaint, a resident of Baltimore County, Maryland.

2. Defendant MV Transportation, upon information and belief is and was at the time of the subject occurrence, a transportation company that provided MTA mobility transportation services to qualifying persons within the State of Maryland.

3. On or about February 28, 2019, at approximately 8:30 a.m. the Plaintiff was a passenger on an MTA Mobility bus operated by an unidentified driver, acting as an agent, servant and/or employee of the Defendant MV Transportation westbound at or near the 3400 block W. Northern Parkway near the Baltimore City Police Academy.

4. As a result of the negligent acts and/or omissions of the MV bus driver, the MTA mobility bus was caused to strike the rear of a red Toyota Rav4 that was traveling in front of the

**EXHIBIT 2**

mobility bus, thereby propelling the Rav4 vehicle into the rear of a white Hyundai Sonata, thereby propelling the Sonata into the rear of a blue Ford Escape.

5. Defendant owed a duty to Plaintiff and to other vehicles on the street to operate his vehicle in a lawful, careful and prudent manner, with that degree of care then and there required under the circumstances as they then existed, and to operate his/her vehicle with that degree of care and skill which a reasonable and prudent person would exercise.

6. Defendant breached said duty owed to Plaintiff by (a) failing to keep his motor vehicle under proper and sufficient control; (b) failing to take safe and evasive action to avoid the collision; (c) following the Plaintiff's vehicle too closely; (d) failing to stop his vehicle to avoid striking the aforementioned Red Rav4 vehicle, and (e) was in other respects negligent, careless and reckless.

7. That as a direct result of the negligent acts and omissions of Defendant the Plaintiff was caused to sustain serious and permanent injury in and about her neck, back, head, body and limbs, and was caused to undergo extensive medical treatment for the care of her said injuries, all of which caused the Plaintiff great pain, suffering, inconvenience, and damages.

8. As a further result of Defendant's negligence, Plaintiff was caused to incur medical bills for the care and requisite treatment of her injuries and will in the future continue to incur medical bills for treatment of the aforementioned injuries.

9. All of Plaintiff's injuries, losses and damages, past, present and prospective, are due solely to and by reason of the negligence, carelessness and recklessness of Defendant and the unidentified mobility bus driver, with no lack of due care or negligence on the part of Plaintiff contributing thereto directly or indirectly.

10. At all times relevant hereto Plaintiff was exercising due care for her own safety.

WHEREFORE, Plaintiff, Jewel Chaplin, claims a sum in excess of Seventy-Five Thousand Dollars ($75,000.00) as damages against Defendant MV Transportation, Inc.

Respectfully Submitted,

_____
Stevan G. Simons, Esquire
Simons & Goldner, P.A.
1525 York Road
Lutherville, MD 21093
410-296-3110
ssimons@simonsgoldnerlaw.com
CPF No: 9412150173
*Attorneys for Plaintiff*

## REQUEST FOR JURY TRIAL

Plaintiff respectfully requests that this matter be tried by jury.

_____
Stevan G. Simons, Esquire